42 U.S.C. § 1983

Is an action taken upon an entity, or individual working or acting under the color of State law, whom's actions, or inaction resulted in a violation of one's Civil Rights, that caused harm, or the potential for harm, or otherwise Prejuced the Petitioner in such a way that is unreasonable.

Specifically, The Petitioner respectfully requested an abscessed tooth be looked at that is believed to be infected. Also has popped inside my mouth I've told the medical staff and I basically got laughed at and told I will be ok. Another wound is a laceration above my eyebrow on forehead which has been bleeding for 2 days I've gotten it cleaned by medical twice and once again told I will be ok. I've been giving tylenol twice Ibprofen once I've told 4 nurses in the medical staff they smile and send me on my way. My life is in harm our button to call for help does't work. Mutiable officers have been told about this situation. No actions have been taken. Something needs to be done hopefully my life is still intact by the time you receive this letter.

Nicholas William Johnson
I/N- 15902
cell - B262
Vanderburgh County Jail.

Vanderburgh County Jail
Nicholas W. Johnson 15902
3500 N. Harlan Ave
Evansville, In 47711

LOUISVILLE KY 400
28 MAR 2025 PM 2 L

FILED
APR 0 1 2025
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

United States District Court Southern Division
46 E. Ohio St.
Indianapolis, In 46204

This Correspondence is Being Sent
Vanderburgh County
Detention Center
The Items Contained Here Have Not
Been Inspected

46204-190399